FILED
July 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. CR.S-08-0342-JAM
        Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
VINCENT KAN, )
)
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VINCENT KAN, Case No. CR.S-08-0342-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $250,000.00.

          ___   Unsecured Appearance Bond

          _X_   Appearance Bond with Surety

          _X_   (Other) <u>Conditions as stated on the record.</u>

          ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/25/08 at 3:45pm

By _____
Edmund F. Brennan
United States Magistrate Judge