GARRICK S. LEW SBN #61889
Design Center East
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:  (415) 575-3588
gsl@defendergroup.com

Attorney for Defendant
Vincent Kwok Hung Kan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.  2:08-cr-00342-MCE |
| vs. | |
| VINCENT KWOK HUNG KAN, | ORDER WAIVING PERSONAL PRESENCE OF DEFENDANT VINCENT KWOK HUNG KAN |
| Defendant. | |

UPON APPLICATION of defendant VINCENT KWOK HUNG KAN, and good cause appearing,

IT IS HEREBY ORDERED THAT VINCENT KWOK HUNG KAN'S personal presence at the status conference scheduled for March 3, 2011, is hereby waived under F.R.C.P. 43(c).

Dated:  March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE