UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:08-cr-00342-MCE |
|     Plaintiff, | |
|   v. | **ORDER REGARDING SENTENCING MEMORANDA** |
| VINCENT KAN | |
|     Defendants. | |
| _____/ | |

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

///
///
///
///
///

1 The parties are cautioned that if any sentencing memoranda
2 is filed late, the judgment and sentencing date may be
3 vacated and the matter continued.
4      IT IS SO ORDERED.

Dated: April 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE