GARRICK S. LEW  SBN # 61889
Design Center East
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:  (415) 575-3588
gsl@defendergroup.com

Attorney for Defendant
Vincent Kwok Hung Kan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> VINCENT KWOK HUNG KAN, <br><br> Defendant. | No.  2:08-CR-00342-MCE <br><br> **STIPULATION AND ORDER** CONTINUING SENTENCING HEARING AND SETTING SCHEDULE FOR PRESENTENCE REPORT |

It is hereby stipulated an agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, VINCENT KWOK HUNG KAN, by and through his counsel, Garrick S. Lew, that the sentencing hearing in this matter currently scheduled for June 23, 2011, at 9:00 a.m. be continued to July 28, 2011, at 9:00 a.m.  It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report:

| | |
|---|---|
| Disclosure of draft PSR: | June 16, 2011 |
| Written objections to draft PSR: | June 27, 2011 |
| Filing of final PSR: | July 8, 2011 |
| Motion for correction of PSR: | July 14, 2011 |
| Reply: | Jul 21, 2011 |

The basis for this continuance, which is at the request of the defense, is to allow the defense sufficient time to present additional factual and legal information to the probation officer to be included in the pre-sentence report. The probation interview has been conducted, and the defendant, who is out of custody, is not opposed to the continuance.

Dated: May 16, 2011                    Respectfully Submitted,

                                       /s/
                                       Garrick S. Lew
                                       Attorney for Vincent Kwok Hung Kan

Dated: May __, 2011                    BENJAMIN WAGNER
                                       U.S. Attorney
                                       /S/
                                       _____
                                       JILL THOMAS
                                       Assistant U.S. Attorney

**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: May 18, 2011

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE