GARRICK S. LEW  SBN # 61889
Design Center East
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:  (415) 575-3588
gsl@defendergroup.com

Attorney for Defendant
Vincent Kwok Hung Kan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> vs.<br><br>VINCENT KWOK HUNG KAN,<br><br>    Defendant. | No.  CR-S-08-342-MCE<br><br>**STIPULATION AND ORDER** CONTINUING SENTENCING HEARING AND SETTING SCHEDULE FOR PRESENTENCE REPORT |

It is hereby stipulated an agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, VINCENT KWOK HUNG KAN, by and through his counsel, Garrick S. Lew, that the sentencing hearing in this matter currently scheduled for July 28, 2011, at 9:00 a.m. be continued to August 25, 2011, at 9:00 a.m.  It is requested that the Court adopt the following schedule for disclosure of and objections to the pre-sentence report:

  Written objections to draft PSR:   July 15, 2011

  Filing of final PSR:   July 25, 2011

  Motion for correction of PSR:   August 3, 2011

  Reply:   August 12, 2011

The basis for this continuance, which is at the request of the defense, is to allow defendant to complete and graduate from the 6 month residential substance program at Ohloff House and allow

sufficient time to present additional factual information of defendant's post-plea rehabilitation at time of sentencing. The probation interview has been concluded and the parties have received the 35 day draft Presentence Report. Defendant, who is out of custody, is not opposed to the continuance.

Dated: July 5, 2011                           Respectfully Submitted,

                                                            /s/

                                                            Garrick S. Lew
                                                            Attorney for Vincent Kwok Hung Kan

Dated: July 5, 2011                           BENJAMIN WAGNER
                                                            U.S. Attorney
                                                            _____/S/_____
                                                            JILL THOMAS
                                                            Assistant U.S. Attorney


**ORDER**


  Good cause appearing, IT IS SO ORDERED.

Dated: July 11, 2011

                                                            _____
                                                            MORRISON C. ENGLAND, JR.
                                                            UNITED STATES DISTRICT JUDGE