GARRICK S. LEW  SBN # 61889
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
gsl@defendergroup.com

Attorney for Defendant
Vincent Kwok Hung Kan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No.  2:08-cr-00342-MCE |
| vs. | ) | |
| | ) | EX PARTE REQUEST FOR |
| VINCENT KWOK HUNG KAN, | ) | EXONERATION OF BAIL AND |
| | ) | RECONVEYANCE OF PROPERTY |
| Defendant. | ) | USED TO SECURE BOND AND ORDER |
| | ) | |

On or about July 25, 2008, U.S. Magistrate Judge Dale Drozd released Defendant VINCENT KWOK HUNG KAN on a property bond of $250,000, secured by the residence of defendant's parents located at 32622 Lake Chad Street, Fremont, California 94555.   As a further condition of release defendant was ordered to surrender his United States Passport which was deposited with the clerk that same day.

On July 28, 2008 defendant's parents recorded a Deed of Trust with Assignment of Rents for the 32622 Lake Chad Street, Fremont, California property in the amount of $250,000 as security for defendant's release which was then posted with the United States District Court for the Eastern District of California in the above entitled case.

On September 15, 2011, VINCENT KWOK HUNG KAN was sentenced to 24 months in federal prison. On November 8, 2011 defendant voluntarily surrendered to custody at United States Penitentiary Atwater to serve his sentence.

Defendant, though counsel, herefore requests that bail in his case be exonerated and that the Deed of Trust for the real property deposited with the court be reconveyed forthwith along with defendant's United States Passport and returned to defendant's parents Wilson and Judy Kan, 32622 Lake Chad Street, Fremont, California 94555.

Dated: March 23, 2012                               Respectfully Submitted,

Garrick S. Lew
Attorney for Vincent Kwok Hung Kan

**ORDER**

UPON GOOD CAUSE SHOWN, the case having been adjudicated against Defendant, VINCENT KWOK HUNG KAN,

IT IS HEREBY ORDERED that bail is exonerated and the property located at 32622 Lake Chad Street, Fremont, California 94555, owned by Wilson Sze-Yan Kan and Judy Wun Mui Kan be reconveyed forthwith.

IT IS FURTHER ORDERED that defendant's United States Passport be released and returned to defendant's parents Wilson Sze-Yan Kan and Judy Wun Mui Kan at 32622 Lake Chad Street, Fremont, California 94555 forthwith.

Dated: May 18, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE